ROSS. Aud. et v. SHORT CREEK COAL CO.
ROSS, Aud. et v. WARNER COLLIERS CO.

Ohio Supreme Court.

Nos. 20564 and 20565.   Decided Dec. 28, 1927.

Error to Harrison Appeals.
Judgment reversed.

763.   MINERALS—1159.   Taxes and Assessments—Separately owned coal acquired by deed which granted right of way thereto, is real estate subject to assessment for road improvement.

MATTHIAS, J.

Separately owned coal in place acquired by deed which also granted "proper openings and

the free and uninterrupted right of way into, upon and under said land at such points, in such manner as may be proper and necessary for the purpose of digging, mining, * . * · * and carrying away such coal" is real estate subject to assessment for a road improvement under the provisions of Section 3298-13, General Code.

(Day, Allen, Kinkade, Robinson and Jones, JJ., concur.)